**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CHARLESTON E. WHITLEY, )
)
Plaintiff, )
)
v. ) Civil Action No. 11 0448
)
NATIONAL LEAGUE OF CITIES, *et al.*, )
)
Defendants. )

## MEMORANDUM OPINION

This matter comes before the Court on the plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the application, and dismiss the complaint.

The complaint begins with the following statement:

> Plead to Court to abolish slavery in the District of Columbia. Federal Govt United States Congress. Charleston Freedom Plaza 1980 National Landmark 13[th] & Pen. Ave. DC MD VA Lincoln Bill of Rights Liberty's Emancipation Approclamation Constitution Lincoln Memorial Dr. Martin Luther King Jr. Louis Washington David Trump Baker Botts Howry's L.L.P. wills Estate Probate

Compl. at 1. The pages that follow, some of which plaintiff may have intended to file as separate complaints, are no more coherent than the first, and nowhere does plaintiff articulate a cognizable legal claim. The Court deems the instant complaint frivolous, *see Neitzke v. Williams*, 490 U.S. 319 (1989) (providing for dismissal by the trial court of claims based on indisputably meritless legal theories or upon fantastic or delusional), and accordingly, dismisses

1

this action under 28 U.S.C. § 1915(a)(2)(B)(i).

An Order consistent with this Memorandum Opinion will be issued on this same date.

DATE: Feb. 10, 2011

_____
United States District Judge